UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MIKE KEYS,** | CASE NO. LA CV 11-07520-VBF (PJW) |
| **Petitioner,** | |
| v. | <u>FINAL</u> <u>JUDGMENT</u> |
| C.E. DUCART, | |
| Respondent. | |

Pursuant to the contemporaneously issued Order Overruling Petitioner's Objections and Supplemental Objections to the R&R, Adopting the Final Report & Recommendation, Denying the Habeas Corpus Petition, Dismissing the Action With Prejudice, and Denying a Certificate of Appealability, **final judgment is hereby entered in favor of the respondent and against petitioner Mike Keys.**

DATED: August 13, 2015

*Valerie Baker Fairbank*
_____
VALERIE BAKER FAIRBANK
UNITED STATES DISTRICT JUDGE